IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| REVEREND WESLEY CARROLL, | ) | Case No. 4:11CV00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEPARTMENT OF THE ARMY | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |
| | ) | |

Before me is Defendant's Motion to Dismiss (ECF No. 23) pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiff, proceeding pro se, filed his Response Brief (ECF No. 34) and Defendant declined to file a Reply.  This matter is ripe for review.  For the reasons contained in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss is hereby **GRANTED**.  Plaintiff has filed numerous other motions and issued subpoenas, all of which are hereby **DISMISSED AS MOOT**.

The clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to Plaintiff and all counsel of record.  The clerk is further directed to dismiss this case from the docket of the Court.

Entered this 22nd day of August, 2011.

        s/Jackson L. Kiser
        Senior United States District Judge